JOHN C. LAURITSEN, ESQ. (SBN 100996)
**FARMERS INSURANCE SUBROGATION & RECOVERY LAW FIRM**
Mailing Address:
PO Box 248916
Oklahoma City, OK 73124-8916
Phone: (805) 453-1366
E-Service: usw.sls.legal@farmersinsurance.com
Direct Email: John.lauritsen@farmersinsurance.com
File No: 2025-0000018427, Claim No. 5034097087-1

Attorney for Plaintiff,
FIRE INSURANCE EXCHANGE,
a California Interinsurance Exchange

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a California Interinsurance Exchange <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., DOES 1 through 30, Inclusive, <br><br> Defendant(s). | Case No.: 5:26-cv-02167-FMO-SP <br><br> **ORDER APPROVING STIPULATION [11] TO REMAND ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT** <br><br> [On Removal from the Superior Court of the State of California for the County of San Bernardino Case No. CIVVS2601383] <br><br> State Complaint Filed:  2/18/26 <br> Removal Date: 4/27/26 |

On May 12 2026, the Parties to the above-referenced action filed a Stipulation to Remand Action to San Bernardino County Superior Court ("Stipulation"). Having reviewed the Stipulation and good cause appearing therefore, the Court hereby ORDERS AS FOLLOWS:

ORDER RE: STIPULATION TO REMAND ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT
Page **1** of **2**

1. The Parties' Stipulation is approved.

2. Central District of California Case 5:26-cv-02167-FMO-SP is hereby remanded to the Superior Court of the State of California, County of San Bernardino, Case No. CIVVS2601383 for all further proceedings.

3. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and this Order.

**IT IS SO ORDERED.**

DATED: May 13, 2026

_____ /s/
Hon. Fernando M. Olguin
United States District Judge

ORDER RE: STIPULATION TO REMAND ACTION TO SAN BERNARDINO COUNTY SUPERIOR COURT
Page **2** of **2**